352-08/PJG/BGC
FREEHILL HOGAN & MAHAR, LLP
Attorneys for Plaintiff
80 Pine Street
New York, NY 10005
(212) 425-1900
(212) 425-1901 fax
Peter J. Gutowski (PG 2200)
Pamela L. Schultz (PS 8675)



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
EASTWOOD ENTERPRISES S.A.,

                Plaintiff,

  -against-

AFRICA SEA SHIPPING N.V. a/k/a
AFRICA SEA SHIPPING N.V., CURACAO

                Defendant.
-----------------------------------------------------------x

**JUDGE BUCHWALD**
**08 CIV 6175**

**RULE 7.1 STATEMENT**

The Plaintiff, Eastwood Enterprises S.A. by and through its undersigned attorneys Freehill Hogan & Mahar, LLP, and pursuant to Rule 7.1 of the Federal Rules of Civil Procedure (formerly Local General 1.9) and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, undersigned counsel certifies that Plaintiff is not a publicly traded entity and no publicly held company owns 10% or more of its stock.

Dated: New York, New York
        July 7, 2008

                              FREEHILL HOGAN & MAHAR, LLP
                              Attorneys for Plaintiff

           By: _____
                              Peter J. Gutowski (PG 2200)
                              Pamela L. Schultz (PS 8675)
                              80 Pine Street
                              New York, NY 10005
                              Telephone: (212) 425-1900
                              Fax: (212) 425-1901

NYDOCS1/307575.1