James H. Hohenstein
Francesca Morris
HOLLAND & KNIGHT LLP
195 Broadway
New York, New York 10007-3189
(212) 513-3200
E-mail: james.hohenstein @hklaw.com
       francesca.morris@hklaw.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------x

EASTWOOD ENTERPRISES S.A.,

               Plaintiff,

    v.

AFRICA SEA SHIPPING N.V. a/k/a
AFRICA SEA SHIPPING N.V., CURACAO,

               Defendant.
-----------------------------------------------------------------------x

08 Civ. 6175 (NRB)

**NOTICE OF APPEARANCE**

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD.

    Please enter my appearance in accordance with Rule E(8) of the Federal Rules of Civil Procedure Supplemental Rules for Admiralty or Maritime Claims as counsel for AFRICA SEA SHIPPING N.V. I certify that I am admitted to practice before this Honorable Court.

Dated: New York, New York
       July 18, 2008

                                  HOLLAND & KNIGHT LLP

                                  By: _____
                                       Francesca Morris

                                  195 Broadway
                                  New York, New York 10007-3189
                                  (212) 513-3200

                                  *Attorneys for Defendant*
                                  *Africa Sea Shipping N.V.*

# 5483053_v1