Buchwald

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x

EASTWOOD ENTERPRISES S.A.,

                Plaintiff,

           v.

AFRICA SEA SHIPPING N.V. a/k/a
AFRICA SEA SHIPPING N.V., CURACAO,

                Defendant.
----------------------------------------------------------------x

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/12/08

08 Civ. 6175 (NRB)

STIPULATION

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel for Plaintiff Eastwood Enterprises S.A. and Defendant Africa Sea Shipping N.V. that the time of said Defendant to serve its Answer to Plaintiff's Complaint or otherwise move is hereby extended to and including August 29, 2008.

Date: New York, New York
      August 7, 2008

FREEHILL HOGAN & MAHAR, LLP

_____
Peter J. Gutowski
Pamela L. Schultz

80 Pine Street
New York, New York 10005
212-425-1900

Attorney for Plaintiff,
Eastwood Enterprises S.A.

HOLLAND & KNIGHT LLP

_____
James H. Hohenstein
Francesca Morris

195 Broadway
New York, New York 10007
212-513-3200

Attorneys for Defendant,
Africa Sea Shipping N.V.

SO ORDERED

_____
HON. NAOMI R. BUCHWALD
8/12/08