Buchwald, J

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/13/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

EASTWOOD ENTERPRISES S.A.,

               Plaintiff,

      v.

AFRICA SEA SHIPPING N.V. a/k/a
AFRICA SEA SHIPPING N.V., CURACAO,

               Defendant.

-------------------------------------------------------------x

08 Civ. 6175 (NRB)

**STIPULATION AND ORDER**

      IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel for Plaintiff Eastwood Enterprises S.A. and Defendant Africa Sea Shipping N.V. that the above entitled action is hereby dismissed, without prejudice, in accordance with Rule 41(a)(2) of the Federal Rules of Civil Procedure. No costs are to be assessed to any party.

      IT IS FURTHER STIPULATED AND AGREED that all property, including assets, accounts, electronic fund transfers, etc., of Defendant currently attached and held by garnishee banks pursuant to the Courts Order for Issuance of Process of Maritime Attachment dated July 7, 2008, and corresponding Process of Maritime Attachment and Garnishment, including any supplemental process, are to be released according to the instructions to be provided separately by Defendant's counsel and said attachment is now vacated.

Date: New York, New York
      August 12 2008

FREEHILL HOGAN & MAHAR, LLP

_____
Peter J. Gutowski
Pamela L. Schultz

80 Pine Street
New York, New York 10005
212-425-1900

Attorney for Plaintiff,
Eastwood Enterprises S.A.

HOLLAND & KNIGHT LLP

_____
James H. Hohenstein
Francesca Morris

195 Broadway
New York, New York 10007
212-513-3200

Attorneys for Defendant,
Africa Sea Shipping N.V.

SO ORDERED

_____
HON. NAOMI R. BUCHWALD
                    8/12/08

# 5530919_v1